

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-16-00473-CV

_____

AMARILLO II ENTERPRISES, LLC D/B/A AMARILLO CENTER FOR SKILLED CARE; CREATIVE SOLUTIONS IN HEALTHCARE, INC.; PAULA FLORES; AND TODD GUDGELL, APPELLANTS

V.

THOMAS SAMES, M.D., APPELLEE

On Appeal from the 181st District Court
Potter County, Texas
Trial Court No. 105779-B, Honorable John B. Board, Presiding

February 8, 2017

Order on Abatement

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Amarillo II Enterprises, LLC d/b/a Amarillo Center for Skilled Care, Creative Solutions Healthcare, Inc., Paula Flores and Todd Gudgell (appellants) appeal from the denial of their motion to stay the underlying litigation pending resolution of binding arbitration. Thomas Sames, appellee, filed a petition to investigate a potential claim or claims against appellants pursuant to Texas Rule of Civil Procedure 202 which was granted by the trial court. Appellants filed this appeal regarding their motion to stay the

proceedings pending arbitration. They also filed an original proceeding for mandamus relief from the court's order granting the 202 petition. This court conditionally granted the mandamus in cause number 07-17-00005-CV on February 3, 2017. In that opinion, we ordered the trial court to "1) vacate its December 20, 2016 order (and all subsequent orders) granting Sames discovery under Texas Rule of Civil Procedure 202.1 *et seq*, and 2) determine whether the parties executed an enforceable arbitration clause encompassing the issues to be asserted in the anticipated suit of Sames as explained in his live Rule 202 pleading." We gave the trial court thirty days from the February 3rd date to comply. Because the issue in the present appeal involves the same issue of arbitration as was in the mandamus, we abate the appeal pending the trial court's compliance of this court's directive. All appellate deadlines will be held in abeyance until further order of the court.

It is so ordered.

Per Curiam